UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-1981-JST(JPRx) | Date | March 29, 2011 |
|---|---|---|---|
| Title | BUDGET BLINDS INC., etc. v. SHERRY COLLINS, etc. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL
RETURNABLE: APRIL 23, 2012

Counsel is hereby ordered to show cause in writing no later than **April 23, 2012**, why this case should not be dismissed pursuant to F.R.Civ.P. Rule 41, for lack of prosecution.  No oral argument of this matter will be heard unless ordered by the Court.  The Order to Show Cause will stand submitted upon filing of plaintiff's response.

Counsel is advised that the Court will consider the filing of plaintiffs' application for entry of default judgment as to defendant Sherry Collins, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.  Default by Clerk as to defendant Sherry Collins was entered on February 6, 2012.

Initials of Preparer   enm