JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUDGET BLINDS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHERRY COLLINS, an individual; and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: SACV11-1981-JST (JPRx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

Good cause therefore appearing:

**JUDGMENT IS HEREBY ORDERED AND DECREED AS FOLLOWS:**

The Court having previously entered a default, and having considered BUDGET BLINDS, INC.'s ("BBI") Application for Entry of Default Judgment and Order for Permanent Injunction against Sherry Collins ("Collins"), a judgment and permanent injunction is entered as follows:

**JUDGMENT**

1)   BBI's Application for Entry of Default Judgment and Permanent Injunction is granted.

2)   Judgment is hereby ordered in BBI's favor in the amount of $9,869.07, consisting of:

    a)   $8,305.57 in actual damages;

    b)   $484.49 in interest, calculated from when the action was filed; and

    c)   $1,079.00 in attorneys' fees.

**PERMANENT INJUNCTION**

3)   THE COURT HEREBY PERMANENTLY ENJOINS Collins, her agents, servants, employees, and all persons acting under, in concert with or for her, from:

    a)   Making sales outside Collins territory (as defined in the Williamsville license agreement); and

    b)   Otherwise failing to comply with the terms of the Williamsville License Agreement.

IT IS SO ORDERED:

DATE: _____August 21, 2012_____

_____

Honorable Josephine Staton Tucker

-2-